1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Lorenza S. Daniels

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | LORENZA S. DANIELS,              | ) | Case No.: CV 09-9560 FMO
11 |     Plaintiff,                    | ) | ORDER AWARDING EQUAL
   |                                   | ) | ACCESS TO JUSTICE ACT
12 |     vs.                           | ) | ATTORNEY FEES AND EXPENSES
   |                                   | ) | PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,                | ) | AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,  | ) | U.S.C. § 1920
14 |                                   | ) |
   |     Defendant                     | ) |
15 |                                   | ) |

16

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that fees and expenses in the amount of $4,000.00 as

20 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

21 DATE:   4/11/11

22                              _____/s/_____
                                THE HONORABLE FERNANDO M. OLGUIN
23                              UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Steven G. Rosales

_____

4 | Steven G. Rosales
Attorney for plaintiff Lorenza S. Daniels